STATE OF NEW JERSEY v. CARLOS AGUILERA.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL ROACH.

March 31, 1988.

Petition for certification denied.   (See 222 *N.J.Super.* 122)

STATE OF NEW JERSEY v. LAWRENCE WIMBUSH.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ERIC PAUL BUIE.

March 31, 1988.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for reconsideration of its judgment, based on the record to be created by a further remand to the trial court for a hearing at which defendant shall be afforded the opportunity to demonstrate the validity of his claim of prejudice on the issue of the alleged ineffective assistance of trial court.